| CINDY WILLIAMS | * | NO. 2019-CA-0116 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| NORMAN S. HALEY | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |
| | \* \* \* \* \* \* \* | |

| CONSOLIDATED WITH: | CONSOLIDATED WITH: |
|---|---|
| CINDY H. WILLIAMS | NO. 2019-CA-0479 |
| VERSUS | |
| NORMAN S. HALEY | |

**LOBRANO, J., CONCURS IN PART, DISSENTS IN PART, AND ASSIGNS REASONS.**

I respectfully concur in part and dissent in part. I concur with the portion of the majority's disposition, which dismisses in part, as moot, Ms. Williams' appeal of the October 31, 2018 judgment dismissing her original petition and denies Mr. Haley's motion to dismiss appeal and/or alternatively, motion to strike.

I dissent, however, from the majority's affirmation of the October 31, 2018 award of attorney's fees to Mr. Haley in connection with his motion to dissolve the temporary restraining order. Rather, I would reverse the entire award of attorney's fees. I find that the district court abused its discretion in awarding fees based on the lack of evidence adduced at the August 30 and October 2, 2018 hearings and considering the March 12, 2019 permanent injunction granted in favor of Ms. Williams and against Mr. Haley. I also dissent from the majority's amendment to the March 12, 2019 judgment granting the permanent injunction and would affirm the permanent injunction in its entirety, given the egregious facts of this case.

1